Motion Granted; Appeal Dismissed and Memorandum
Opinion filed May 26, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00035-CV

____________

 

CHRISTOPHER D. DAVIS AND DAVIS INVESTMENTS VI, LP,
Appellants

 

V.

 

ADVANCED ENERGY RECOVERY, INC., ALLEN DRILLING
ACQUISITION COMPANY AND ADAC II, INC., Appellees

 



 

On Appeal from the 152nd District Court

Harris County, Texas

Trial Court Cause No. 2007-10446

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed October 6, 2010.  On May 23, 2011, the parties
filed a joint motion to dismiss the appeal in order to effectuate a compromise
and settlement agreement.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Frost, Jamison, and
McCally.